1  M. Caleb Meyer, Esq.
   Nevada Bar No. 13379
2  Renee M. Finch, Esq.
   Nevada Bar No. 13118
3  **MESSNER REEVES, LLP**
   8945 West Russell Road, Suite 300
4  Las Vegas, NV 89148
   Telephone:  (702) 363-5100
5  Facsimile:   (702) 363-5101
   E-mail:      rfinch@messner.com
6               cmeyer@messner.com
   *Attorneys for Defendant*
7  *State Farm Mutual Automobile Insurance Company*

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10

11 | Kai Li Huang, an individual;                                      | CASE NO: 2:24-cv-01657-APG-BNW              |
   |-------------------------------------------------------------------|---------------------------------------------|
12 |                          Plaintiff,                               | **STIPULATION AND ORDER FOR                 |
13 | vs.                                                               | DISMISSAL WITH PREJUDICE**                  |
14 | State Farm Mutual Automobile Insurance Company; Does 1 through 10, inclusive and Roe Corporations 1 through 10, inclusive, | |
15 |                                                                   |                                             |
16 |                          Defendants.                              |                                             |

17     IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL

18 AUTOMOBILE INSURANCE COMPANY through counsel of record, M. CALEB MEYER, ESQ. and

19 RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff KAI LI HUANG, by and through

20 counsel of record MARJORIE L. HAUF, ESQ. and CARA XIDIS, ESQ. of H&P LAW, that all claims

21 against STATE FARM AUTOMOBILE INSURANCE COMPANY, arising out of Case No.

22 2:24-cv-01657-APG-BNW, be dismissed with prejudice in its entirety, with each of the parties to bear

23 their own attorney's fees and costs.

24 ///

25 ///

26 ///

27

28

IT IS FURTHER STIPULATED that no trial is currently scheduled.

Dated this 15th day of January, 2025.

MESSNER REEVES, LLP

/s/ Renee M. Finch
_____
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
8945 W. Russell Rd., Ste. 300
Las Vegas, NV 89148
*Attorneys for Defendants*

Dated this 3rd day of January, 2025.

H&P LAW

_____
Marjorie Hauf, Esq. (N.B.N. 8111)
Cara Xidis, Esq. (N.B.N. 11743)
710 S. 9th Street
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

IT IS SO ORDERED.

_____
United States District Court Judge

DATED: January 21, 2025